ALBANY,
Jan. 1815.

OOTHOUT
v.
ROOTH.

Judgment for the plaintiff.

———◈———

## OOTHOUT *against* ROOTH.

*Parker* moved to set aside the writ of inquiry, and all subsequent proceedings, in this cause.

*I. Hamilton,* contra.

It appeared that the notice of executing the writ of inquiry, was for a certain day, &c. "provided an interlocutory judgment shall then have been obtained in this cause."

. PER CURIAM. The *proviso* is unusual in notices, but is implied in every notice of this kind. If it should happen that no interlocutory judgment should be obtained, and no notice of the fact should be given, the party who gave such notice, would be liable to costs. The words in the notice might be rejected as surplusage. We do not think it a sufficient ground for setting aside the proceedings.

Motion denied.

A notice of executing a writ of inquiry at a certain day, "provided an interlocutory judgment shall have then been obtained in the cause," is good. The words of the proviso, may be rejected as surplusage. If no interlocutory judgment should, in fact, be obtained, and the notice be not countermanded, the party giving such notice, must pay the costs.